IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTONIO SANTOS VALLE, : CIVIL ACTION
    Plaintiff,            :
                          :
    v.                    :
                          :
SCI DALLAS, *et al.*,     : NO. 17-1792
    Defendants.           :

FILED
MAY 23 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 22nd day of May, 2018, upon consideration of Valle's Motion for Appointment of Pro Bono Counsel (ECF No. 12) and Motion to Amend Pursuant to F.R.C.P. Rule 15(c) (ECF No. 13), it is ORDERED that:

1. The Motion for Appointment of Pro Bono Counsel (ECF No. 12) is DENIED. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993) (in determining whether appointment of counsel is appropriate, the Court should first determine whether plaintiff's lawsuit has a legal basis).

2. The Motion to Amend Pursuant to F.R.C.P. Rule 15(c) (ECF No. 13) is DENIED for the reasons set forth in the Court's Memorandum.

3. This case shall remain CLOSED.

BY THE COURT:

C. DARNELL JONES, II, J.